THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRANDON JAMES RUBIO,

                        Plaintiff,

        v.

HEIDEE HANSON, *et al.*,

                        Defendants.

CASE NO. C26-5647-JCC

ORDER

This matter comes before the Court on the Report and Recommendation ("R&R") of the Hon. David W. Christel, United States Magistrate Judge (Dkt. No. 5). The R&R recommends that this case be transferred to the Eastern District of Washington because the events at issue arose within that venue. (*See generally id.*). Plaintiff's subsequent filings (Dkt. Nos. 6–10) are not responsive to the analysis or conclusions contained within the R&R and, therefore, do not trigger this Court's review of the R&R.[1]

---

[1] A district court only reviews those portions of an R&R to which a party properly objects. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Objections are required to enable the court to "focus attention on those issues—factual and legal—that are at the heart of the parties' dispute." *Thomas v. Arn*, 474 U.S. 140, 147 (1985). The court is not required to review "any issue that is not the subject of an objection." *Id.* at 149. Said another way, for an objection to be proper, it must point to specific error contained within the R&R. *See, e.g., United States v. Diaz-Lemus*, 2010 WL 2573748, slip op. at 1 (D. Ariz. 2010); *Djelassi v. ICE Field Office Director*, 434 F. Supp. 3d 917, 919 (W.D. Wash. 2020).

ORDER
C26-5647-JCC
PAGE - 1

Accordingly, the Court hereby ORDERS as follows:

1. The Court ADOPTS the R&R.

2. The Clerk shall TRANSFER this matter to the Eastern District of Washington for further proceedings.

3. The Clerk is DIRECTED to send copies of this Order to Plaintiff and Judge Christel.

DATED this 16th day of July 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C26-5647-JCC
PAGE - 2